STATE OF NEW JERSEY v. E. LEE WHITE.

December 19, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. LAWRENCE SCOTT.

December 19, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM BROWN.

December 19, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. RAFAEL VASQUEZ.

December 19, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN HENRY ROSS.

December 19, 1988.

Petition for certification denied.